IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   MARY CHRISTINE MACK                              Case No. 22-50691-KMS
         GREGORY GLEN MACK, Debtors                                CHAPTER 13

### ORDER ALLOWING LATE FILED CLAIM

THIS MATTER CAME BEFORE THE COURT on the debtors' Motion to Allow Late Filed Claim (DK# _____) requesting that the Court allow the amended claim of New Orleans Fireman's Federal Credit Union (claim no. 26). The Court finds that the relief requested is appropriate under the facts and the law.

IT IS THEREFORE ORDERED that the claim shall be allowed and payable as provided by the Debtors' plan and the Order of the Court.

#END OF ORDER#

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS