MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re: Mary Christine Mack — Case No.: 22-50691-KMS

Gregory Glen Mack — Chapter: 13

*Debtor(s)*

## Notice of Change of Address for Creditor

New Orleans Firemen's Federal Credit Union (Creditor) hereby gives notice of its new address:

**Current Notice Address:**
*(As shown on matrix)*

Thrash & Thrash, PLLC
PO Box 587
Jackson, MS 39205

**New Notice Address:**

New Orleans Firemen's Federal Credit Union
4401 W. Napoleon Ave.
Metairie, LA 70001

**New Payment Address:**
*(If applicable)*

New Orleans Firemen's Federal Credit Union
4401 W. Napoleon Ave.
Metairie, LA 70001

**Proof of Claim Number(s):** 26, 27, 28
*(If applicable)*

**Reason for Change of Address:**

☐ New Loan Servicer[1]
☑ New Location
☐ Other ______

Prepared By:

Signature: /s/ Katelyn Forehand

Name: Katelyn Forehand

Title: Legal Recovery Specialist

Phone No: 504-889-9085

Address: New Orleans Firemen's Federal Credit Union
4401 W. Napoleon Ave.
Metairie, LA 70001

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

MSSB-NCAC (4/24)

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 9/9/2026 (Date) addressed to:

Debtor(s):

Mary and Gregory Mack
#5 C P Lane
Picayune, MS 39466

Katelyn Forehand
Name

/s/ Katelyn Forehand
Signature